THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Bitmain Technologies Ltd., <br><br> Plaintiff, <br><br> v. <br><br> John Doe, <br><br> Defendant. | No. 2:18-cv-1626 <br><br> **[PROPOSED] ORDER GRANTING LEAVE TO CONDUCT IMMEDIATE NON-PARTY DISCOVERY** |

The Court, having considered plaintiff Bitmain Technologies Ltd. ("Bitmain")'s Ex Parte Motion for Permission to Conduct Immediate Non-Party Discovery.  Pursuant to Federal Rule of Civil Procedure 26(d)(1), and based upon good cause shown as presented in plaintiff's motion and supporting affidavit, the Court hereby GRANTS the motion.

It is hereby ORDERED that plaintiff may serve immediate discovery requests on Bittrex, Inc. and other non-parties to identify the John Doe defendant, locate and recover the stolen BTC, and preserve and collect evidence in support of this case.

---

ORDER GRANTING LEAVE TO CONDUCT
IMMEDIATE NONPARTY DISCOVERY  – 1

142104640.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1       IT IS SO ORDERED.

2 Dated this ___ day of November, 2018.

                                                                         _____

                                                      The Honorable Thomas S. Zilly

Presented by:

                                              By: /s/ Joseph P. Cutler_____
                                              Joseph P. Cutler WSBA No. 37234

                                              **Perkins Coie LLP**
                                              1201 Third Avenue, Suite 4900
                                              Seattle, WA 98101-3099
                                              Telephone: 206.349.8000
                                              Facsimile: 206.359.9000
                                              Email:  JCutler@perkinscoie.com

                                              KEVIN R. FELDIS
                                              (*pro hac vice pending*, AK Bar No. 9711060)
                                              Perkins Coie LLP
                                              1029 West Third Avenue
                                              Suite 300
                                              Anchorage, AK 99501-1981
                                              KFeldis@perkinscoie.com

                                              KENDRA L. HAAR
                                              (*pro hac vice pending*, AZ Bar No. 030959)
                                              Perkins Coie LLP
                                              2901 North Central Avenue
                                              Suite 2000
                                              Phoenix, AZ 85012-2788
                                              KHaar@perkinscoie.com

                                            Attorneys for Plaintiff

---

ORDER GRANTING LEAVE TO CONDUCT
IMMEDIATE NONPARTY DISCOVERY  – 2

142104640.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000