THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Bitmain Technologies Ltd.,<br><br>        Plaintiff,<br><br>    v.<br><br>John Doe,<br><br>        Defendant. | No. 2:18-cv-1626<br><br>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

    Now comes Plaintiff Bitmain Technologies Ltd., by and through counsel, and provides the following Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule for the Western District of Washington LCR 7.1.

    The parent company of Plaintiff Bitmain Technologies Ltd. is BitMain Technologies Holding Company, Building 25, North Olympic Science & Technology Park, Baosheng South Road, Haidian District, Beijing, China 100029.

    RESPECTFULLY SUBMITTED this 20th day of November, 2018.

---

CORPORATE DISCLOSURE STATEMENT
OF PLAINTIFF (No. 2:18-cv-1626) – 1

142146543.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

|   |   |
|---|---|
| 1 | By: /s/Joseph P. Cutler |
| 2 | Joseph P. Cutler WSBA No. 37234 |

By: /s/Joseph P. Cutler
Joseph P. Cutler WSBA No. 37234

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.349.8000
Facsimile: 206.359.9000
Email:  JCutler@perkinscoie.com

KEVIN R. FELDIS
(*appearing pro hac vice*, AK Bar No. 9711060)
Perkins Coie LLP
1029 West Third Avenue
Suite 300
Anchorage, AK 99501-1981
KFeldis@perkinscoie.com

KENDRA L. HAAR
(*appearing pro hac vice*, AZ Bar No. 030959)
Perkins Coie LLP
2901 North Central Avenue
Suite 2000
Phoenix, AZ 85012-2788
KHaar@perkinscoie.com

Attorneys for Plaintiff

CERTIFICATE OF SERVICE
(No. 2:18-cv-1626)– 2

142146543.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on November 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

RESPECTFULLY SUBMITTED this 20th day of November, 2018.

By: /s/Joseph P. Cutler
Joseph P. Cutler WSBA No. 37234

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.349.8000
Facsimile: 206.359.9000
Email:  JCutler@perkinscoie.com

KEVIN R. FELDIS
(*appearing pro hac vice*, AK Bar No. 9711060)
Perkins Coie LLP
1029 West Third Avenue
Suite 300
Anchorage, AK 99501-1981
KFeldis@perkinscoie.com

KENDRA L. HAAR
(*appearing pro hac vice*, AZ Bar No. 030959)
Perkins Coie LLP
2901 North Central Avenue
Suite 2000
Phoenix, AZ 85012-2788
KHaar@perkinscoie.com

Attorneys for Plaintiff

CERTIFICATE OF SERVICE
(No. 2:18-cv-1626)– 3

142146543.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000