THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Bitmain Technologies Ltd., <br><br> Plaintiff, <br><br> v. <br><br> John Doe, <br><br> Defendant. | No. 2:18-cv-1626 <br><br> **ORDER GRANTING LEAVE TO CONDUCT IMMEDIATE NON-PARTY DISCOVERY** |

The Court, having considered plaintiff Bitmain Technologies Ltd. ("Bitmain")'s Ex Parte Motion, docket no. 3, for Permission to Conduct Immediate Non-Party Discovery, hereby GRANTS the motion pursuant to Federal Rule of Civil Procedure 26(d)(1) and based upon good cause shown as presented in plaintiff's motion and supporting affidavit.

It is hereby ORDERED that plaintiff may serve immediate discovery requests on Bittrex, Inc. to identify the John Doe defendant, locate and recover the stolen property, and preserve the evidence in support of this case.

IT IS SO ORDERED.

Dated this 26th day of November, 2018.

_____
Thomas S. Zilly
United States District Judge

ORDER GRANTING LEAVE TO CONDUCT
IMMEDIATE NONPARTY DISCOVERY – 1

142104640.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

By: /s/ Joseph P. Cutler
Joseph P. Cutler WSBA No. 37234

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.349.8000
Facsimile: 206.359.9000
Email: JCutler@perkinscoie.com

KEVIN R. FELDIS
(*pro hac vice pending*, AK Bar No. 9711060)
Perkins Coie LLP
1029 West Third Avenue
Suite 300
Anchorage, AK 99501-1981
KFeldis@perkinscoie.com

KENDRA L. HAAR
(*pro hac vice pending*, AZ Bar No. 030959)
Perkins Coie LLP
2901 North Central Avenue
Suite 2000
Phoenix, AZ 85012-2788
KHaar@perkinscoie.com

Attorneys for Plaintiff

ORDER GRANTING LEAVE TO CONDUCT
IMMEDIATE NONPARTY DISCOVERY – 2

142104640.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000