THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Bitmain Technologies Ltd.,<br><br>    Plaintiff,<br><br> v.<br><br>John Doe,<br><br>    Defendant. | No. 2:18-cv-1626<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME TO SERVE COMPLAINT AND SUMMONS AND MEMORANDUM IN SUPPORT |

The Court, having considered plaintiff Bitmain Technologies Ltd. ("Bitmain")'s motion to extend time to serve complaint and summons and its memorandum in support, hereby GRANTS the motion. Therefore, it is hereby:

ORDERED that plaintiff may an additional 120 days, up to and including June 5, 2019 to serve the complaint and summons on the defendant.

IT IS SO ORDERED.

Dated this ___ day of February, 2019.

_____

The Honorable Thomas S. Zilly

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE COMPLAINT AND SUMMONS (No. 2:18-cv-1626)– 1
143186725.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

By: /s/ *Joseph P. Cutler*
Joseph P. Cutler WSBA No. 37234

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.349.8000
Facsimile: 206.359.9000
Email:  JCutler@perkinscoie.com

KEVIN R. FELDIS
(*appearing pro hac vice*, AK Bar No. 9711060)
Perkins Coie LLP
1029 West Third Avenue
Suite 300
Anchorage, AK 99501-1981
KFeldis@perkinscoie.com

KENDRA L. HAAR
(*appearing pro hac vice*, AZ Bar No. 030959)
Perkins Coie LLP
2901 North Central Avenue
Suite 2000
Phoenix, AZ 85012-2788
KHaar@perkinscoie.com

*Attorneys for Plaintiff*

---

PLAINTIFF'S MOTION TO EXTEND TIME
TO SERVE COMPLAINT AND SUMMONS
(No. 2:18-cv-1626)– 2
143186725.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on February 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

CERTIFICATE OF SERVICE
(No. 2:18-cv-1626)– 3
143186725.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000