UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BITMAN TECHNOLOGIES LTD., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | C18-1626 TSZ <br><br> ORDER |

The Court, having considered plaintiff Bitmain Technologies Ltd. ("Bitmain")'s motion, docket no. 11, to extend time to serve complaint and summons and its memorandum in support, hereby GRANTS the motion. Therefore, it is hereby:

ORDERED that plaintiff may have an additional 90 days, up to and including May 6, 2019, to serve the complaint and summons on the defendant.

IT IS SO ORDERED.

Dated this 6th day of February, 2019.

Thomas S. Zilly
United States District Judge

ORDER - 1