THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Bitmain Technologies Ltd.,<br><br>    Plaintiff,<br><br>  v.<br><br>John Doe,<br><br>    Defendant. | No. 2:18-cv-1626<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND MEMORANDUM IN SUPPORT |

   Plaintiff appreciates the Court's recent willingness to grant extensions to due dates related to required filings in this matter so that Plaintiff could conduct limited discovery aimed at identifying and locating the defendants. Unfortunately, Plaintiff's efforts were unsuccessful, and the defendants remain anonymous. Accordingly, Plaintiff Bitmain Technologies Ltd., by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) ("Rule 41(a)(1)(A)"), hereby dismisses this action. Under Rule 41(a)(1)(B), this dismissal is without prejudice.

   RESPECTFULLY SUBMITTED this 6th day of May, 2019.

PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
(No. 2:18-cv-1626) 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

By: /s/ *Joseph P. Cutler*
Joseph P. Cutler WSBA No. 37234

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.349.8000
Facsimile: 206.359.9000
Email:  JCutler@perkinscoie.com

KEVIN R. FELDIS
(*appearing pro hac vice*, AK Bar No. 9711060)
Perkins Coie LLP
1029 West Third Avenue
Suite 300
Anchorage, AK 99501-1981
KFeldis@perkinscoie.com

KENDRA L. HAAR
(*appearing pro hac vice*, AZ Bar No. 030959)
Perkins Coie LLP
2901 North Central Avenue
Suite 2000
Phoenix, AZ 85012-2788
KHaar@perkinscoie.com

*Attorneys for Plaintiff*

PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
(No. 2:18-cv-1626) 2

Case 2:18-cv-01626-TSZ   Document 13   Filed 05/06/19   Page 3 of 3

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on May 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

RESPECTFULLY SUBMITTED this <u>6th</u> day of May, 2019.

By: <u>/s/ *Joseph P. Cutler*</u>
Joseph P. Cutler WSBA No. 37234

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.349.8000
Facsimile: 206.359.9000
Email:  JCutler@perkinscoie.com

KEVIN R. FELDIS
(*appearing pro hac vice*, AK Bar No. 9711060)
Perkins Coie LLP
1029 West Third Avenue
Suite 300
Anchorage, AK 99501-1981
KFeldis@perkinscoie.com

KENDRA L. HAAR
(*appearing pro hac vice*, AZ Bar No. 030959)
Perkins Coie LLP
2901 North Central Avenue
Suite 2000
Phoenix, AZ 85012-2788
KHaar@perkinscoie.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE OF
PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
(No. 2:18-cv-1626)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000